**FILED**

12/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0549

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA-0549

|  |  |  |
|---|---|---|
| PETER B. HUTTON, | ) | |
|       Plaintiff and Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ESTATE OF JERALD L. NYHART, | ) | ORDER TO ALLOW |
| by and through the Personal Representative, | ) | EXTENSION OF TIME |
| SANDY NYHART; POINT OF ROCKS | ) | TO FILE APPELLANT'S |
| ANGUS RANCH, INC.; SHERRY N. | ) | OPENING BRIEF |
| SMITH, an individual | ) | |
|       Defendants and Appellees | ) | |
| | ) | |
| | ) | |

WHEREAS, Appellant Peter B. Hutton has filed a Motion for Extension of Time to file his Opening Brief;

WHEREAS, Appellees Counsel have been contacted and have no Objection;

NOW THEREFORE, upon good cause the time for filing Appellant's Opening Brief is extended 30 days from the present due date of January 6, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2021